**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

UNITED AFFILIATES CORP. and
MINGO LOGAN COAL LLC,

    *Plaintiffs*,

    v.

UNITED STATES OF AMERICA,

    *Defendant*.

No. 1:17-cv-00067
Hon. Edward H. Meyers

**JOINT STATUS REPORT**

The Parties submit the following joint status report on discovery in accordance with the Court's December 1, 2025, Order (ECF No. 183).

Document Discovery:

Document discovery-related correspondence and productions between February 20, 2025 and January 7, 2026 are summarized in the parties' previous status reports. Dkt. Nos. 177, 178, 180, 181, 184.

In a letter dated February 3, 2026, Plaintiffs requested that John Morgan (an EPA consultant) produce certain documents related to previous work he performed for the agency. Mr. Morgan had previously been subpoenaed to testify at a deposition, which occurred on January 20, 2026, and produce documents. To help facilitate a resolution of Plaintiffs' third-party subpoena to Mr. Morgan, the United States has requested that Mr. Morgan conduct a reasonable search for the documents described in Plaintiffs' February 3, 2026 letter and will produce them to Plaintiffs when provided to the United States. In anticipation of the close of fact discovery on March 31, 2026, the United States will be sending letters to both Plaintiffs regarding discrete outstanding document

discovery issues before the end of February.

Depositions:

Since the last status report, Plaintiffs took two additional fact depositions in January and February 2026 and the United States took four additional fact depositions. The only anticipated remaining fact deposition is a deposition by the United States of Mingo Logan's parent company, Arch Resources, Inc ("Arch"). Since the last status report, the parties have met and conferred regarding the Arch 30(b)(6) deposition and are in the process of finalizing the topics and setting a date in March before the end of fact discovery.

Plaintiff United Affiliates and Defendant United States have been working on a joint stipulation to address a topic arising from the United 30(b)(6) deposition taken in June 2025. As of February 3, the United States is reviewing the proposed stipulation.

Site Visit:

A site visit was conducted on February 18, 2026.

Dated: February 25, 2026

Respectfully,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

/s/ *Erika Norman*
ERIKA NORMAN
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
T: (202) 616-4119
F: (202 514-8865
E: erika.norman@usdoj.gov

/s/ *Kevin Holewinski with permission (EDN)*

Kevin P. Holewinski
Daniella A. Einik
Justin D. Stoll
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
T: (202) 879-3939
T: (202) 626-1700
E: kpholewinski@jonesday.com

*Attorneys for United Affiliates Corp.*

2

*Attorneys for the United States*

/s/ *Robert M. Rolfe with Permission (EDN)*

Robert M. Rolfe
George P. Sibley III
HUNTON ANDREWS KURTH LLP
951 East Byrd Street
Richmond, Virginia 23219
T: (804) 788-8262
E: gsibley@hunton.com

*Attorneys for Mingo Logan Coal LLC*