**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED AFFILIATES CORPORATION, et al., ) | |
| ) | Case No. 17-67L |
| Plaintiffs, ) | |
| ) | Judge Edward H. Meyers |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## UNOPPOSED MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT BRIEF UNDER SEAL

Pursuant to Paragraph 13 of Appendix E of the Rules of the U.S. Court of Federal Claims ("RCFC") and the Parties Stipulated Protected Order, Dkt. No. 53-1, the United States respectfully moves for leave to file their forthcoming summary judgment brief under seal. The particular grounds for this motion are as follows:

1. The parties agreed on and the Court entered a Stipulated Protective covering the production of material that the disclosing party believed constitutes sensitive personal, business or commercial financial information, within the meaning of RCFC 26(c), or information that is protected from disclosure by statute, regulations or other law, and that is not publicly available ("Protected Information").

2. Throughout discovery and consistent with the Stipulated Protective Order, Plaintiffs have marked certain materials as "Subject to Protective Order."

3. The United States is preparing to file for summary judgment, and its brief will cite to, describe, and/or attach as exhibits documents bearing the mark "Subject to Protective Order."

1

4.      To prevent the inadvertent disclosure of Protected Information, the United States requests that it be granted leave to file the entire brief and all exhibits thereto under seal.

5.      The United States proposes that the procedures and timelines for filing a redacted version of the United States' opening and reply briefs (as well as Plaintiffs' opposition brief(s)) on the public docket be addressed at the April 21 post-discovery conference.

Plaintiffs do not oppose this motion to file under seal.

Respectfully submitted April 16, 2026,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*Erika Norman*
ERIKA NORMAN
Senior Trial Attorney
Natural Resources Section
150 M Street NE, Suite 2.900
Washington, DC 20002
Ph: (202) 532-3143
erika.norman@usdoj.gov