# In the United States Court of Federal Claims

No. 17-67 L
Filed: July 27, 2026

| | |
|---|---|
| UNITED AFFILIATES CORPORATION and MINGO LOGAN COAL LLC, | ) |
| *Plaintiffs*, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| *Defendant*. | ) |

**ORDER**

After discussion with the Parties, the court shall hold oral argument on **Wednesday, September 9, 2026, at 10:00 a.m. EDT**. This proceeding will take place in-person at the U.S. Court of Federal Claims, 717 Madison Pl., NW, Washington, D.C. 20439.

It is so ORDERED.

s/ Edward H. Meyers
Edward H. Meyers
Judge